# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Isai Vazquez,<br>a.k.a.: Ricardo Isaia Vasquez,<br>a.k.a.: Isai Ricardo Vasquez-Lopez,<br>a.k.a.: Isael V. Lopes,<br>(A087 451 123)<br>*Defendant* | Case No. 17- 7399 MJ |

MH: 7/23/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 16, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Isai Vazquez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 28, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 24, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 16, 2017, Isai Vazquez was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Vazquez was examined by ICE Officer J. Collazo who determined Vazquez to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On July 23, 2017, Vazquez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Vazquez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Isai Vazquez to be a citizen of Mexico and a previously deported criminal alien. Vazquez was removed from the United States to Mexico at or near Nogales, Arizona, on or about December 28, 2008, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Vazquez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to

return to the United States after his removal. Vazquez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Isai Vazquez was convicted of Aggravated Driving Under the Influence of Intoxicating Liquor or Drugs With a Person Under the Age of 15 in the Vehicle, a felony offense, on October 27, 2008, in the Superior Court of Arizona, Maricopa County. Vazquez was sentenced to ten (10) days' in jail and two (2) years' probation. Vazquez's criminal history was matched to him by electronic fingerprint comparison.

5. On July 23, 2017, Isai Vazquez was advised of his constitutional rights. Vazquez freely and willingly agreed to provide a statement under oath. Vazquez stated that his true and complete name is Isai Vazquez and that he is a citizen of Mexico. Vazquez stated that he illegally entered the United States in "disimbre 208," through "zazabe," without inspection by an immigration officer. Vazquez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 16, 2017, Isai Vazquez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 28, 2008, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of July, 2017.

_____
Bridget S. Bade,
United States Magistrate Judge